UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS D'AQUIN | CIVIL ACTION |
| VERSUS | NUMBER: 15-1963 c/w 15-2842 |
| STARWOOD HOTELS AND WORLDWIDE PROPERTIES, INC., ET AL | SECTION: "C" 1<br>*Pertains to 15-2842* |

**J U D G M E N T**

In accordance with the Court's Order and Reasons filed on November 13, 2015, record document number 52,

**IT IS ORDERED, ADJUDGED AND DECREED** that Civil Action Number 15-2842 is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 13th day of November 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE